

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2025

No. 04-25-00093-CR

Alan D. **FREY** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2025CR002806
Honorable Miguel Najera, Judge Presiding

**ORDER**

Sitting:    Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 9, 2025.



_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2025.

_____
Caitlin A. McCamish, Clerk of Court